UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

In Re:  COMPLAINT OF MARK GARCY, d/b/a
Reel 1 Up Fishing Charters, as owner of a 25'
Wellcraft 250 Coastal, HIN: WELF8802F787, her
engines, tackles, appurtenances, etc., Petitioner, In a
Cause for Exoneration from or Limitation of
Liability.

Case No.  2:10-cv-486-FtM-29SPC

_____

**ORDER**

This matter comes before the Court on Motion for Substitution of Party (Doc. #29) filed on July 7, 2011.  The Court is informed that Respondent, Mary Miron, has died of causes apparently unrelated to the incident that is the subject of this proceeding.  On or about June 29, 2011, Michelle Watters, was appointed by the Probate Court in the County of Benzie, State of Michigan, as the Personal Representative of the Estate of the Respondent, Mary Miron.  (Doc. #29, Ex. A). Accordingly, Respondent moves to substitute Michelle Watters, in her capacity as the Personal Representative of the Estate of Mary Miron, for the now-deceased Respondent pursuant to Fed. R. Civ. Proc. 25.  Respondent properly filed this Motion within 90 days after service of a statement noting the death, as required by Rule 25.  This Motion is unopposed by Petitioner.  Therefore, the substitution is due to be granted.

Accordingly, it is now

**ORDERED:**

(1)     Motion for Substitution of Party (Doc. #29) is **GRANTED**. Michelle Watters, in her capacity as the Personal Representative of the Estate of Mary Miron is hereby substituted for Respondent Mary Miron.

(2)     The Clerk of Court is directed to terminate Respondent Mary Miron on the docket sheet and substitute "Michelle Watters, in her capacity as the Personal Representative of the Estate of Mary Miron" in her place.

(3)     Michelle Watters, in her capacity as the Personal Representative of the Estate of Mary Miron shall continue to be represented by attorney Frank D. Butler.

**DONE AND ORDERED** at Fort Myers, Florida, this __8th__ day of July, 2011.

*/s/ Sheri Polster Chappell*
SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies: All Parties of Record