UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

In Re: COMPLAINT OF MARK GARCY, d/b/a
Reel 1 Up Fishing Charters, as owner of a 25'
Wellcraft 250 Coastal, HIN: WELF8802F787, her
engines, tackles, appurtenances, etc., Petitioner, In a
Cause for Exoneration from or Limitation of
Liability.

Case No. 2:10-cv-486-FtM-29SPC

_____

### ORDER

This matter comes before the Court on Petitioner's Opposed Motion for Abatement of Proceedings & to Strike the Case from the Trial Docket or in the Alternative Extend All Discovery Deadlines by 90 Days (Doc. #27) filed on June 15, 2011. Respondent filed her Response (Doc. #28) on June 29, 2011. The Court is informed that Respondent, Mary Miron, has died of causes apparently unrelated to the incident that is the subject of this proceeding. Petitioner request that this case be abated until a proper party is substituted for Miron.

The Court has allowed Michelle Watters, in her capacity as the Personal Representative of the Estate of Mary Miron, to be substituted for the now-deceased Respondent, Mary Miron. (Doc. #30). Accordingly, the proceedings in this case may continue and the request for abatement is due to be denied a proper party has been substituted in place of the deceased. With regard to an extension of the discovery deadline in this case, Respondent does not oppose an extension of the discovery deadline, which is currently set for September 23, 2011, but does oppose an extension of the trial date, which is currently set for February 6, 2011.

The Court does not find good cause to allow an extension of the discovery deadline in this case. Now that a proper party has been substituted for Miron in this matter, there is no indication that discovery cannot proceed. The discovery deadline is more than two months away and there is no indication by the Parties that deadlines need to be extended due to voluminous discovery or other complexities of the case.

Accordingly, it is now

**ORDERED:**

Petitioner's Opposed Motion for Abatement of Proceedings & to Strike the Case from the Trial Docket or in the Alternative Extend All Discovery Deadlines by 90 Days (Doc. #27) is **DENIED**.

**DONE AND ORDERED** at Fort Myers, Florida, this ___8th___ day of July, 2011.

*Sheri Polster Chappell*
SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies: All Parties of Record